**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alejandro SANCHEZ–CEBALLOS,**
**Defendant–Appellant.**

No. 01–10522.

D.C. No. CR–00–01412–JMR–01.

United States Court of Appeals, Ninth Circuit.

Submitted April 8, 2002.*

Decided June 4, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

### MEMORANDUM **

Alejandro Sanchez–Ceballos appeals his 108–month sentence imposed following his guilty plea to possession with intent to

---

of this circuit except as may be provided by Ninth Circuit Rule 36–3.

** The Honorable Milton I. Shadur, Senior United States District Judge for Northern District of Illinois, sitting by designation.

*** We offer no opinion on the appropriate measure or amount of damages.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

distribute, conspiracy to possess with intent to distribute, importation, and conspiracy to import cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), 846, 952(a), 960(a)(1), 960(b)(1)(B)(ii), and 963. We lack jurisdiction and dismiss.

Sanchez–Cerballos contends the district court improperly denied his request for a downward departure based on aberrant behavior. We lack jurisdiction to review the district court's discretionary decision not to grant a downward departure.[1] *See United States v. Rivera–Sanchez*, 222 F.3d 1057, 1064 (9th Cir.2000).

DISMISSED.

---

1. At sentencing, the district court judge stated, "[i]n considering the discretion that is vested in me, I find there is no grounds for departure in connection with your case."

